**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JAMSHID F.U. ABDUHAKIMOV,　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　*Petitioner,*　　　　　　　　　:　　Case No. 1:26-cv-323
　　　　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　　　:　　Judge Jeffery P. Hopkins
　　　　　　　　　　　　　　　　　　　　　:　　Magistrate Judge Peter B. Silvain, Jr.
MARKWAYNE MULLIN, Secretary of　:
the Department of Homeland Security, *et*　:
*al.*,　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　*Respondents.*　　　　　　　　:

## ORDER

Petitioner, Jamshid F.U. Abduhakimov, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Abduhakimov from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 9, 2026.

**IT IS SO ORDERED.**

April 1, 2026

Jeffery P. Hopkins
United States District Judge